**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 4:24-cv-10039-DPG**

**SAMUEL C. STOIA, individually**
**and as Trustee of the My Family Trust**
**u/a/d December 4, 2012, and**
**ALANA STOIA,**

      **Plaintiffs,**

**v.**

**MARK R. GERENGER,**

      **Defendant.**

_____/

## <u>ORDER</u>

**THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Judge Lauren Louis (the "Report"). [ECF No. 64]. On July 29, 2025, Plaintiffs, Samuel C. Stoia, individually and as Trustee of the My Family Trust u/a/d December 4, 2012, and Alana Stoia (together, "Plaintiffs") filed a Verified Motion for a Charging Order (the "Motion"). [ECF No. 45]. On July 30, 2025, the Court referred the case to Judge Louis for all post-judgment proceedings, including this Motion. [ECF No. 46]. On February 25, 2026, Judge Louis issued her Report, recommending that the Motion be granted. [ECF No. 64]. No party filed objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*,

199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Given that the parties have not objected to any portion of the Report, the Court reviewed the Report for clear error. Finding no clear error, the Court agrees with Judge Louis' findings and conclusion that Plaintiffs' Motion should be granted.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)     The Report and Recommendation, [ECF No. 64], is **ADOPTED in full**.

(2)     Plaintiffs' Motion, [ECF No. 45], is **GRANTED**.

(3)     Charging orders shall be issued as to Mr. Mark R. Gerenger's interests in:

   a.  Marathon Development Partners, LLC;

   b.  Ocean Crest Estates, LLC;

   c.  Panson Properties, LLC;

   d.  Panson Management Group, LLC;

   e.  Massee Crossing, LLC;

   f.  Lake Wales Development Partners, LLC; and

   g.  E11even Holdings, LLC.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of March, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE